IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY G. HEIFETZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BREED PROPERTIES et al.,<br><br>　　　　Defendants. | No. 3:16-cv-1490 CRB<br>**JUDGMENT** |

The Court denied Plaintiff's motion for a default judgment as to Defendant Breed Properties but granted her motion as to Defendant Nation's Foodservice, Inc. See generally Order (dkt. 21). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 23, 2017



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE