ALLACCESS LAW GROUP
  Irene Karbelashvili, SBN 232223
  irene@allaccesslawgroup.com
  Irakli Karbelashvili, SBN 302971
  irakli@allaccesslawgroup.com
19 N. 2nd St., Ste 205
San Jose, CA 95113

Attorneys for Shelby
Gail Heifetz, Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| SHELBY GAIL HEIFETZ | CASE NUMBER: |
| | **3:16-cv-01490-CRB** |
| Plaintiff(s) | |
| v. | |
| BREED PROPERTIES et al., | **WRIT OF EXECUTION** |
| Defendant(s) | |

### TO: THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On 2/23/2017 _____ a judgment was entered in the above-entitled action in favor of:

SHELBY GAIL HEIFETZ

as Judgment Creditor and against: NATION'S FOODSERVICE, INC., a California corporation, d/b/a NATION'S GIANT HAMBURGERS #15

as Judgment Debtor, for:

| | | |
|---|---|---|
| $ | 8,000.00 | Principal, |
| $ | 2,957.50 | Attorney Fees, |
| $ | 0.00 | Interest **, and |
| $ | 1,733.00 | Costs, making a total amount of |
| $ | **12,690.50** | **JUDGMENT AS ENTERED** |

**\*\*NOTE:  JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the Northern         District of CALIFORNIA                ** , to wit:

$ _____72.52 accrued interest, and

$ _____715.00 accrued costs, making a total of

$ _____**787.52 ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 _____which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _____13,478.02 **ACTUALLY DUE** on the date of the issuance of this writ of which

$ _____12,690.50 Is due on the judgment as entered and bears interest at __.82_____
percent per annum, in the amount of $ ____0.32_____
per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

*Susan Y. Soong*

Dated: __March 30, 2018_____          By: _____

Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Nation's Food Service, Inc.
C/O David Ballot
 11090 San Pablo Avenue, Suite 200
El Cerrito CA 94530

## NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**WRIT OF EXECUTION**